# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PABLO OLIVERA DOS REIS,<br>    Petitioner. | Civ. No. 25-10497 |
| v. |  |
|  | **EMERGENCY EX PARTE REQUEST FOR TEMPORARY RESTRAINING ORDER** |
| CALEB VITELLO,<br>Acting Director,<br>United States Immigration<br>and Customs Enforcement;<br>PAMELA JO BONDI<br>Attorney General of the United States<br>of America<br>PATRICIA H. HYDE,<br>Acting Field Office Director,<br>Enforcement and Removal<br>Operations Boston Field<br>Office, United States<br>Immigration and Customs<br>Enforcement;<br>JOSEPH D. MCDONALD, JR.,<br>Sheriff,<br>Plymouth Sheriff's Office, |  |
|     Respondents. |  |

       Pursuant to Federal Rule of Procedure 65, and for reasons set forth in the accompanying affidavit, Petitioner respectfully moves this court to issue a temporary restraining order an on emergency basis requiring Respondents to provide this Court and Petitioner's

counsel 48 hours notice prior to removing Petitioner from the Commonweal of Massachusetts. A proposed order is attached.

 Date March 2, 2025.

         Respectfully Submitted,

        PABLO OLIVERA DOS REIS

        By and through his counsel,

           /s/Carl Hurvich
        Carl Hurvich (MA B.B.O.698179)
        Brooks Law
        10 High Street, Ste 3.
        Medford, MA 02155
        (617) 245 8090
        Carl@Brookslawfirm.com