# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PABLO OLIVEIRA DOS REIS,<br><br>              Petitioner,<br><br>v.<br><br>JOSEPH D. MCDONALD, JR., Sheriff, Plymouth Sheriff's Office,<br><br>              Respondent. | Civil Action No. 1:25-CV-10497-RGS |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      Petitioner in this matter was released from the custody of Respondent after his state court case was dismissed and the Immigration Judge reconsidered the initial custody determination, as such, Pablo Oliveira Dos Reis, through undersigned counsel hereby gives notice that this action is voluntarily dismissed. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

      Respectfully Submitted,

      */s/ Carl Hurvich/s/*

      Carl Hurvich (BBO # 698179)
      Brooks Law Firm
      10 High Street
      Suite 3
      Medford, MA 02155
      617-245-8090
      Carl@brookslawfirm.com
      *Attorney for Petitioner*

## CERTIFICATE OF SERVICE

    I hereby certify that, on May 16, 2025, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rules of Civil Procedure 5(b)(2)(E) and 5(b)(3).

                                                                   */s/Carl Hurvich*
                                                                *Attorney for Plaintiff*